UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT WILLIAM MOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. C12-6019-TSZ-JPD<br><br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 5. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 18.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings, including a *de novo* hearing. On remand, the Administrative Law Judge ("ALJ") shall: 1) reevaluate the opinions of Michael Brown, Ph.D., Keith Krueger, Ph.D., Robert Pinegree, L.I.C.S.W., Frank Glenn,

1  L.M.H.C. and Jamey Burris-Fish, A.R.N.P.; and 2) the treatment records shall be updated and

2  any new evaluations shall be secured prior to the *de novo* hearing.

3      A proposed order accompanies this Report and Recommendation.

4      DATED this 1st day of May, 2013.

                                       */s/ James P. Donohue*

                                  JAMES P. DONOHUE
                                  United States Magistrate Judge