UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT WILLIAM MOE,

        Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

C12-6019 TSZ

ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 19, indicating that the parties have stipulated to remand, does hereby find and ORDER:

    (1)    The Court adopts and approves the Report and Recommendation.

    (2)    The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

    (3)    The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

    DATED this 10th day of May, 2013.

                                                          Thomas S. Zilly
                                                          United States District Judge

ORDER
PAGE - 1